UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                                     Hon. Phillip J. Green

v.

                                                     Case No.  1:22-mj-00064

AMOS BELL,

      Defendant.

_____/

## **ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged by Criminal Complaint.  Count 1 charges him with possession of 50 grams or more of a mixture and  substance containing a detectable amount of methamphetamine, and possession of cocaine with the intent to distribute it in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B) and count 2 charges defendant with possession  of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c).   Given that the defendant waived his preliminary hearing and the nature of the charges, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1) and that he poses a  risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A).  The Court conducted a hearing on March 14, 2022, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral

submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has rebutted the statutory presumption of detention as to significant risk of flight.  The Court also finds, however, as explained on the record, that the government has met its burden by clear and convincing evidence that he poses a danger to the community.  The Court further finds that there is no condition or combination of conditions that will ensure the safety of the community.  Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on March 14, 2022.

  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge